IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 02-0062-1-PCT-MHM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Jerry Don Havatone, | ) | |
| Defendant. | ) | |

    The defendant appeared in court with counsel for his initial appearance on petition to revoke supervised release. Defendant through defense counsel waived his detention and preliminary hearings. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition.

    IT IS ORDERED that the defendant is detained as a flight risk and danger, pending further revocation proceedings before the Honorable Mary H. Murguia.

    DATED this 29th day of December, 2005.

_____
Mark E. Aspey
United States Magistrate Judge